# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SEAVON PIERCE, et al., | ) | No. EDCV 14-1003-VAP(CW) |
| Petitioners, | ) | JUDGMENT |
| v. | ) | |
| BARACK OBAMA, et al., | ) | |
| Respondents. | ) | |

**IT IS ADJUDGED** that the petition is summarily dismissed, without prejudice, for reasons stated in the accompanying order.

DATED: <u>June 20, 2014</u>

_____
VIRGINIA A. PHILLIPS
United States District Judge